UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR MIGUEL CRUZ ANAYA,

Petitioner,

-against-

MARKWAYNE MULLIN, in his official capacity
as Secretary, U.S. Department of Homeland
Security; JUDITH ALMODOVAR, in her official
capacity as Acting Field Office Director, New York
City Field Office, U.S. Immigration & Customs
Enforcement; TODD BLANCHE, in his official
capacity as Acting Attorney General, U.S.
Department of Justice; PAUL ARTETA, in his
official capacity as Sheriff, Orange County, New
York,

Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    5/24/2026

26 Civ. 4327 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241.  *See* ECF No. 1.  Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.  Counsel for Respondents shall promptly enter an appearance.

SO ORDERED.

Dated:  May 24, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge