UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-1-26

---------------------------------------- x

HECTOR MIGUEL CRUZ ANAYA,

Petitioner,

-against-

26-cv-4327 (LAK)

MARKWAYNE MULLIN., *et al.*,

Respondents.

---------------------------------------- x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

The government shall respond to the motion to enforce the judgement (Dkts 11, 12) no later than October 9, 2026. Petitioner shall file any reply no later than October 14, 2026.

SO ORDERED.

Dated: October 1, 2026

Lewis A. Kaplan
United States District Judge